AO 470 (8/85) Order of Temporary Detention

# United States District Court

DISTRICT OF __Delaware__

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

__Ian George Edwards Bailey__
Defendant

Case Number: __06-152M__

Upon motion of the __Government__, it is ORDERED that a PRELIMINARY & detention hearing is set for __TBD__ * at __TBD__
                                    Date                    Time

before __Honorable Mary Pat Thynge, U.S. Magistrate Judge__
       Name of Judicial Officer

__844 King St. Wilmington, DE, Courtroom #6C, 6th Floor__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

_____) and produced for the hearing.
Other Custodial Official

__12/15/06__
Date

Judicial Officer

**FILED DEC 1 4 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.