# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA

V.

Ian George Edwards Bailey

ORDER HOLDING DEFENDANT TO
ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING
PROBATION JURISDICTION

Case Number: 06-152M

Charging District Case Number: 06-3364-WCT

The defendant having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Southern__ District of __Florida__; and shall appear at all proceedings as required.

The defendant shall next appear at (if blank, to be notified) __PRETRIAL SERVICES IN THE SOUTHERN DISTRICT OF FLORIDA__ *Place and Address* on __1 PM ON 12/27/06__ *Date and Time*.

FILED
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__December 21, 2006__
*Date*

_____
*Signature of Judicial Officer*

Hon. Mary Pat Thynge; USMJ.
*Name and Title of Judicial Officer*