OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 21, 2006

**UNITED STATES OF AMERICA**

      v.                                            CR 06-152M

**IAN GEORGE EDWARDS BAILEY**

        I hereby acknowledge receipt of the following
documents: ~~U.S.~~ *Jamaican* Passport No. **A2479971**.

12-21-2006

_____
DATE

*Brian K Blackwell* (signature)

_____
DEPUTY CLERK

**FILED**
DEC 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE