AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | | PAGE NUMBER | |
|------|-------------|----------|---|---|---|-------------|---|
| 12/21/06 | 06-152m | KINCAID | | | | | |
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL | |
| Spc Agt Ian J. Paris U.S. Dept. of State | | 2:05pm | 2:39p | 3:10pm | 3:13pm | MPT | |

FILED DEC 21 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|----------------|-------------|-----|----------------------|
| Govt 1 | Copy of Crim Compl & Aff from the District of Florida | NO OBJ | NO OBJ |
| Govt 2 | Photo from Def." Passport Application | NO OBJ | NO OBJ |
| Govt 3 | Copy of INS Document for Ian Bailey. | NO OBJ | NO OBJ |
| Govt 4 | Photo Array of Drivers License for Brian Christopher Zachary | NO OBJ | NO OBJ |
| Govt 5 | Photo Copy of ID Documents of Ian Bailey (DE) (FL License) | NO OBJ | NO OBJ |
| Govt 6 | Copy of Receipt of Property from Def." Arrest | NO OBJ | NO OBJ |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

U.S. vs. BAILEY    CASE NO. 06-152M

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7 | | 12/21/06 | NO OBJ | NO OBJ | CONSENT TO SEARCH SIGNED BY DEFT. (VEHICLE) |
| 8 | | 12/21/06 | NO OBJ | NO OBJ | CONSENT TO SEARCH (RESIDENCE) SIGNED BY DEFT. |
| 9 | | 12/21/06 | NO OBJ | NO OBJ | FLORIDA DMV PHOTO OF DEFT WITH THE NAME OF OTIS LEE WILLIAMS. |
| 5 | | 12/21/06 | NO OBJ | NO OBJ | COPY OF NOTES OF INTERVIEW WITH DEFT AT STATE OF DE PROBATION |
| 2 | | 12/21/06 | NO OBJ | M OBJ | WARRANT FOR ARREST FROM THE SOUTHERN DIST OF FLORIDA. |
| 1 | | 12/21/06 | | | DEED TO PROPERTY. (KIM JOHNSON) |
| 3 | | 12/21/06 | | | BUSINESS LICENCE FOR IAN BAILEY. |
| 4 | | 12/21/06 | | | COPY OF COURT HEARING DATES IN BROWARD COUNTY FLORIDA. |

Page 2 of 2 Pages