OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

December 27, 2006

Clerk of Court
U.S. District Court
Southern District of Florida
301 North Miami Avenue
Miami, FL 33128

    Re: United States v. Ian George Edwards Bailey;
       Case No. 06-152M-MPT - USDC/DE
           06-3364-WCT - USDC/SDFL

Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Keith J. Kincaid
Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on __1-9-2007__.
                                      (date)

_____
Signature

_Deputy Clerk_
Title

FILED
JAN 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE